# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Matthew D. Rogers<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 1:22-mj-207<br>)<br>)<br>)   **UNDER SEAL**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 20, 2022__ in the city/county of __Loudoun County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Unlawful transfer or possession of a machinegun |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Thomas W. Traxler, AUSA
*Printed name and title*

*Kathleen Brown* (signature)
*Complainant's signature*

Kathleen Brown, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means)*.

Date: __August 3, 2022__

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.08.03 15:32:05 -04'00'
*Judge's signature*

City and state: __Alexandria, Virginia__     The Honorable John F. Anderson
*Printed name and title*