

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW D. ROGERS,<br><br>Defendant. | Case No. 1:22-CR-192 |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about May 20, 2022, in South Riding, Virginia, within the Eastern District of Virginia, the defendant, MATTHEW D. ROGERS, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), to wit: a part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

(In violation of Title 18, United States Code, Section 922(o).)

FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, MATTHEW D. ROGERS, is hereby notified that upon conviction of the offense alleged in Count 1 of the Criminal Information, the defendant, MATTHEW D. ROGERS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), MATTHEW D. ROGERS shall forfeit substitute property, if, by any act or omission of MATTHEW D. ROGERS, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 21, United States Code, Section 853(p); Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: December 15, 2022  By: _____
Thomas W. Traxler
Assistant United States Attorney