# EXHIBIT C

The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia –Alexandria Division
Albert V. Bryan U.S. Courthouse
Alexandria, VA 22314

March 1, 2023

Your Honor:

My name is George Taplin. I am a retired U.S. Navy veteran, a retired Software Engineer, and a former High School teacher and girls basketball coach. I have come to know Matt Rogers over the past four years, largely because he and my daughter have worked together building a small business centered around horses.

Matt is an industrious young man, willing to work long hours of hard, manual labor to achieve his goals. I have observed him working at various horse boarding facilities repairing buildings, feeding and exercising the horses, and mucking stalls for hours at a time –AFTER he had worked his regular job. Additionally, he demonstrated his skills as a mechanic by repairing tractors, upgrading barn electrical systems, and installing a custom automatic watering trough for the horses. He spent many hours on the road transporting horses across the country to destinations in California, Colorado, Texas, and Florida. Recently, he and my daughter completely refurbished an older truck and horse trailer so that they could expand their business of transporting horses. Matt rewired all the lights on the trailer, renovated the inside of the trailer, and completely replaced the exhaust system and repaired the wiring harness on the truck. I believe his myriad skill sets will enable him to achieve success at virtually any endeavor.

I will say that I was appalled when I heard about his arrest. I initially felt sure that it was a mistake because there was never any indication to me that Matt would ever do something like that. He had expressed interest in becoming a first responder or joining the military, and I am confident of his patriotism. However, young people do make mistakes, and I am positive that Matt has learned some valuable lessons from this one. He has consistently expressed remorse for letting down those who support him, and has told me personally that nothing like this will ever happen again. I believe him and I support his willingness to change his life trajectory in a positive manner.

Your Honor, Matt is ready to put this error of judgement behind him, and I am sure he will. He is very intelligent, a hard worker, and he has a great support system. This experience has affected him greatly, and I believe it will help him to make all the right decisions in the future.

If there is any additional information you need, please do not hesitate to contact me.

Sincerely,

George A. Taplin