# EXHIBIT D

The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia – Alexandra Division
Albert V. Bryan U.S. Courthouse
Alexandra, VA 22314

Dear Judge Nachmanoff,

My name is Kelly Anne Taplin. I am a licensed Virginia Real Estate Salesperson in good standing, as well as a licensed Virginia vehicle salesperson. I am currently enrolled in Capella University and am aiming to earn a degree in a Psychology related field in the near future. I am the daughter of Retired Chief Petty Officer George Taplin, who instilled the values of honesty and integrity in me from a young age. His military and subsequent government service are a great inspiration to me, and I am incredibly grateful for my father helping me grow into the young woman I am today.

I have known Matthew David Rogers for almost ten years. I first met Matthew during the time we both attended Freedom High School. Matthew was well regarded for his integrity and honesty in our friend group. He was an accomplished athlete and played baseball for our school as well as recreational leagues. His upstanding reputation led me to begin a romantic relationship with him in 2018.

Matthew Rogers is the most kind, thoughtful person that I know. There are many examples of Matthew's kindness, generosity, and self-lessness that come to mind, it was hard to narrow it down to just a few specific examples. To me, as a lifelong horsewoman and animal rescue advocate, giving up your time to rescue animals is deserving of high accolades. Along

with my career in sales, in my personal free time I have a great passion for animals, horses in particular. I use my passion and knowledge about these animals to rescue ones that are in devastating neglect situations. Without Matthew, many of my rescues would not have been possible. He has selflessly given his time to help me save these animals that cannot help themselves. Donut was the first horse we rescued together. Matthew gave up three days of his time to help the life of this innocent creature we found neglected and injured in a low-end auction in Pennsylvania. He donated the use of his truck as well as his time and physical labor to help save this innocent creature. We could not have saved Donut, and countless others, without Matthew's help.

Matthew doesn't just help save animals' lives, he saves people too. He spent a large amount of his time volunteering for Loudoun County Fire and Rescue. He takes great pride in volunteering his time in public service. To the best of my knowledge, he has aspirations to continue in public service and to make it into a career. Matthew has interviewed with a police department in Georgia where he was offered a job, as well as has talked to recruiters to express interest serving his country in the military. Matthew would be a phenomenal public servant in either of these aspects. He truly does put others before himself, and all of his family and friends will attest to this as well. Currently, Matthew has a promising career at Top Golf, and works very hard to be the very best he can in service to his colleagues and patrons of the establishment even if it means giving up his time to come in early or stay late to make sure others are taken care of. I strongly believe Matthew will rise to the top levels in whichever career field he is able to pursue further, especially in the public service sector.

Because of my personal relationship with Matthew Rogers I am privy to thoughts and feelings he may not share with others. I can say with certainty that a momentary lapse in

judgement thar resulted in him being charged with Unlawful Transfer or Possession of a Machinegun, is not a definition of his true character. Matthew is extremely remorseful and upset that a one time mistake will follow him for the rest of his life. At his core, he believes that he is called to serve others with his life, and deserves to have the opportunity to do so. He deserves to have the opportunity to start a family and to volunteer his time to help others in their lives. As someone who is very close to Matthew Rogers, I honestly believe that this offense is completely out of character, and that Matthew will never again have a lapse in judgement like this. Matthew is a good son to his mother, Judy Rogers, a supportive sibling to his brother, Luke, and will one day make an honorable father to his future children. I have not one doubt that Matthew is the most genuine, peaceful, and honest person I know. I greatly admire him for his selflessness and strong desire to put others first.

Your honor, I thank you for taking the time to read my words, and I hope that my honest description of Matthew Rogers paints him as the man he truly is.

Sincerely,

Kelly Anne Taplin