# EXHIBIT E

The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia – Alexandra Division
Albert V. Bryan U.S. Courthouse
Alexandra, VA 22314

February 18, 2023

Your Honor,

  I have known Matt Rogers since he was 7 years old and am a close family friend. I am a retired CIA officer and understand the seriousness of the crime that he has been convicted of. Growing up, Matt was a typical teenager who at times would appear to try to impress his friends more than he should have but via harmless outlets such as pushing himself too hard in baseball and requiring surgery on his shoulder or modifying cars and trucks for increased performance and then getting his mom's jeep stuck in the mud. I often thought that his desire to show off to his friends was because of his father not having a large role in his life and Matt trying to fill a hole. As a teenager, both his mother and father were deployed to the middle east and he had no stable role model during this time, I tried to fill that role the best I could.

  So, to hear that Matt purchased plastic seer's online and was arrested for possession of them was not a complete surprise. I am sure he thought it was "cool" to try them out in his non-automatic AR-15 to see if he could make it work. However, I am completely sure that he would never had any intent to use the weapon to harm anyone. In Virginia, if he had just registered them with the State Police within 24 hours after acquisition / conversion they would have been legal and failure to register them would have been a class 3 misdemeanor not subject to jail time with a maximum fine of $500. However, while he did not, he also did not publicly brandish the weapon or use the weapon to commit a crime.  As far as I can determine he did not handle his weapon in an unsafe way he did not improperly store or transport his weapon. He also has no history of being a drug user or other crimes.

  Matt has always been compassionate, going out of his way to help in the community; from stopping to render aid to accident victims to injured animals. He was proud of his support to the Loudoun County Fire Department ambulance as a volunteer and had considered joining full time. He was offered a position as a Police Officer in Georgia in 2020 but turned it down as it was too far from his family and after visiting the town, he thought the area was deeply racially divided. Further evidence of his focus on community was when he enlisted in the Army with a focus taking what he learned with the fire department and wanting to be a combat medic following in his parents footsteps in military service. Matt was awaiting a deployment date pending medical clearance when he was arrested.

  Talking to Matt after the arrest I know that he is both deeply embarrassed and saddened at what he put his family though when the house was raided by the FBI; his mother having just woken up to having guns pointed at her and his grandmother taken upstairs from where she lives in the basement. He knows that his decision to purchase those small pieces of plastic has now affected his entire life. As a citizen in the community, I acknowledge it is a grave offense and should be taken seriously, especially in light of the amount of gun violence that seems to be prevalent today. I would rather see Matt continue to serve as a productive member of the community vice spending time in prison. I think the reality of being shackled and shuffling into

court has been a stark reminder of the impact of his past decisions. I would ask his Honor to consider Matt having a long and significant consequences, but don't ruin his life and please grant him relief to the minimum penalty guidelines. He should have impactful penalties, but penalties which still allow him to request an enlistment conduct waiver so he can complete his Army enlistment. He should also be required to perform a significant amount of community service for organizations dedicated to reducing gun violence and I would offer that a lifetime ban on possessing a weapon with an exemption for any military service in which he must carry a firearm in performance of his duties as allowed under the Federal Gun Control Act would also be appropriate.

Thank you for your time and service,

Robert Brunngraber